■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSH WILLIAMS, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on or about November 23, 2005, unanimously affirmed. No opinion.

Order filed. Concur—Andrias, J.P., Nardelli, Williams, Catterson and Moskowitz, JJ.